IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DONALD BAKER,**

    **Plaintiff,**

v.                                                       Case No. 2:20-cv-01136-SMV-KRS

**AETNA BETTER HEALTH OF KANSAS INC.,**

    **Defendant**

### ORDER ON STIPULATION TO EXTEND DEADLINE
### TO RESPOND TO THE COMPLAINT

Pursuant to the stipulation of the parties, and good cause appearing therefore, it is hereby ordered that the deadline for Defendant Aetna life Insurance Company, sued erroneously as Aetna Better Health of Kansas, Inc., to answer or otherwise respond to Plaintiff Donald Baker's Complaint is extended to January 9, 2021.

    **IT IS SO ORDERED.**

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE

**Submitted by:**

*Electronically approved on November 19, 2020*
Clayton S. Hightower
New Mexico Bar No.
**SANDERS LAW FIRM**
701 W. Country Club Road
Roswell, NM 88201
Telephone: (575) 622-5440

A*ttorneys for Plaintiff Donald Baker*

*/s/ Kenneth J. Ferguson*
Kenneth J. Ferguson
New Mexico Bar No. 3780
**GORDON REES SCULLY MANSUKHANI, LLP**
816 Congress Avenue, Suite 1510
Austin, Texas 78701
Telephone: (512) 582-6472
Facsimile: (512) 391-0831
kferguson@grsm.com

*Attorneys for Defendant Aetna Life Insurance Company,
sued erroneously as Aetna Better Health of Kansas, Inc.*