IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DONALD BAKER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:20-cv-01136-WJ-KRS |
| | ) |
| AETNA BETTER HEALTH OF KANSAS INC. | ) |
| | ) |
|     Defendant | ) |

## ORDER GRANTING JOINT REQUEST TO EXTEND DEADLINE TO FILE CLOSING DOCUMENTS

After considering Plaintiff Donald Baker's and Defendant Aetna Life Insurance Company's joint request to extend time to file closing documents, (Doc. 15), the Court finds that there is good cause to extend the time to file the relevant closing documents until November 1, 2021.

    IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE


By:/*s/ Clayton S. Hightower (signed by permission)*

    Clayton S. Hightower
    New Mexico Bar No.
    **SANDERS LAW FIRM**
    701 W. Country Club Road
    Roswell, NM 88201
    Telephone: (575) 622-5440
    ***A*ttorneys for Plaintiff Donald Baker**

By: */s/ Kenneth J. Ferguson*
    Kenneth J. Ferguson
    New Mexico Bar No. 3780
    **GORDON REES SCULLY MANSUKHANI**
    901 South Mopac Expressway
    Building 1, Suite 480
    Austin, Texas  78746
    Telephone:  (512) 582-6472
    Facsimile:  (512) 391-0831
    kferguson@grsm.com
    *Attorneys for Defendant Aetna Life Insurance Company,*
    *sued erroneously as Aetna Better Health of Kansas, Inc.*